**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: F.I.A.T., A MINOR | : | No. 127 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: W.T., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: F.I.A.T., A MINOR | : | No. 128 EAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: W.T., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.